224

Therefore, we reverse the judgment and remand the cause with directions that the trial court dismiss appellee's complaint and, in accordance with the evidence in the record, grant appellant declaratory judgment relief as prayed for in his counter-complaint. Further, that the trial court, consistent with the views expressed in this opinion, enter appropriate orders directing appellee to discharge his responsibilities as trustee under the terms of the second trust agreement signed by John J. Mortimer; and as provided therein, distribute to appellant his share of the trust corpus pursuant to the terms of that trust.

Reversed and remanded with directions.

STAMOS, P. J., and SCHWARTZ, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. RAY A. MARSHALL, Defendant-Appellant.

(No. 57104;

First District—June 5, 1972.

Opinion by Mr. JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.